Lawrence H. Nemirow
5242 Katella Ave., Suite 104
Los Alamitos, CA 90720-2820
Tel. (562) 799-1379
Fax. (562) 799-1377

*Pro Se* for the Estate of Helene S. Nemirow et al

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THE ESTATE OF HELENE S. NEMIROW,<br><br>     Plaintiff,<br><br>v.<br><br>LAKEVIEW NURSING AND REHABILITATION CENTER INC., an Illinois corporation, and DOES 2 through 50, Inclusive<br><br>     Defendants. | Civil Action No. 08CV5227<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE CASE** |

1. Plaintiff is THE ESTATE OF HELENE S. NEMIROW.

2. On September 12, 2008 Plaintiff sued defendant LAKEVIEW NURSING AND REHABILITATION CENTER INC., an Illinois corporation, and DOES 2 through 50, Inclusive.

3. On October 7, 2008, the Honorable George M. Marovich granted Plaintiff's request to file a Second Amended Complaint to Case Number 07CV6413 which added LAKEVIEW NURSING AND REHABILITATION CENTER INC. as a named Defendant in that action.

4. Case 08CV5227 not a class action.

5. A receiver has not been appointed in case 08CV5227.

6. Case 08CV5227 is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiffs are filing this voluntary dismissal only because Defendant Lakeview accepted Waiver of Service of Summons in case 07CV6413 and agreed to file a response in that case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in the suit file with case08CV5227 or in case 07CV6413 . Court.

Date: October 27, 2008

By /s/ Lawrence H. Nemirow

LAWRENCE H. NEMIROW
Attorney for the Estate
of HELENE S. NEMIROW